# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 13, 2021

## NO. 03-16-00041-CV

**John J. Gorman IV, Appellant**

**v.**

**Westech Capital Corp., Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the interlocutory order signed by the trial court on January 7, 2016. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.